AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2021**

SEAN F. McAVOY, CLERK

Ryan Harter,

*Plaintiff*

v.

UNITED STATES POSTAL SERVICE, and NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,

*Defendant*

Civil Action No.  2:19-cv-00161-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant NALC's Motion for Summary Judgment (ECF No. 27) joined by USPS (ECF No. 31) is GRANTED. Plaintiff's claims for breach of the duty of fair representation against NALC and breach of contract against USPS are DISMISSED WITH PREJUDICE.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on motions for Summary Judgment (ECF No. 27) and Joinder (ECF No. 31)

Date:  02/01/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates